# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**Raymond Harrison**
Name under which you were convicted

**#186090**
Your prison number

Warden: Noah Price Oliver ;
mobile Co. Sheriff Dept. &
vs. mobile co. metro Jail
Personell..
Sheriff - Sam Cochra...
Name of Defendant(s)

CIVIL ACTION NO. 14-85-KD-C
(To be supplied by Clerk of Court)

316 Court St Escambia Co. Detention Cnt.
Brewton Al. 36426
Place of Confinement and Address

Home Address - 4405 EASTVIEW Rr
mobile Ala. 36618,

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

I. **PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes (✓)   No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes (✓)   No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit: I presented this case in full detail to Attorney @ Law Ms. Diandra Deebrosse of Hoover Al. but I never
      Plaintiffs: recieved a response back from Her - Concerning if she would Represent this case - and I could not get the individuals names — only their Depts. they worked in.
      Defendants: N/A Transportation OFFICERS assigned to Pick me up from Limestone Co. Jail. On 10-31-013.

   2. Court (if federal court, name the district; if state court, name the county): N/A
      N/A

   3. Docket Number: N/A

   4. Were you granted the opportunity to proceed without payment of filing fees?
      Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: N/A

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

      N/A

   7. Approximate date of filing lawsuit: N/A

3

8. Approximate date of ruling by court: __N/A__

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: __Limestone Corr. Inst.__

B. Date it occurred: __10-30-013__

C. Is there a prisoner grievance procedure in this institution? __Yes__

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✓)

E. If your answer is YES: __THIS SITUATION occured on my E.O.S Date 10-30-013__

   1. What steps did you take? __NONe of a grievance matter - No more attempt to present the paper work I had showing This case Dismissed.__

   2. What was the result? __NONE - "Simply Held & released to Limestone Co Jail..__

F. If your answer is NO, explain why not: __Because the Complaint happen on my Release Date.. EOS-DATE.__

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On 10-30-013 @ 5:30 am - 30 minutes before being released EOS a 15 year-split-3 year sentence, from Limestone Corr. Inst. (6 months) Pre-Release Program - where from May 10th 013 until 10-30-013 I fully Completed the requirements & Courses @ CALHOUN Comm. Jr. College.. approved & Hired with Dunn. Const. Co. Brimingham Al. ordered & expected to be present @ The Already Pre Scheduled (NO grace Period Period) (ORIENTATION) on 10-31-013 @ 8:30 am until 4:00 pm to be orientated - given Bus tickets - Travel money - & contact person once arrived IN WAshington. However - Instead of me being there to prevent my slot of approval being given to the Next Alternate..

4

I'm informed by A.D.O.C officials @ Limestone Corr. Inst. that they've recieved a FAX - from - The Mobile Co Sheriff Dept. é continue →

### III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Raymond Jean Harrison sr #186090

   Your present address: 316 - Court St Brewton Al. 36426

B. <u>Defendant(s)</u>: Mobile Co. Sheriff Dept. é Mobile Co. Metro Jail personell... WARDEN: Noah Price Oliver, and.

1. Defendant (full name) Sam Cochran employed as Sheriff at THE MOBILE SHERIFF Dept. Cochran

   His/her present address is 405 St. Emanuel St mob. Ala. 36603

   (a) Claim against this defendant: Neglectful Supervision - Resulting in my unlawful Imprisonment / é Reckless Indangerment of Raymond Harrison sr. Life - on - 10-31-013.

   (b) Supporting facts (Include date/location of incident): On 10-31-013 under the watchful eye of Responsibility - é - Accountability - Intrusted to The Sheriff of Mobile Co. and selveral Different offices of "Proto-Call". It was During the WATCH of THE Sheriff's office - and - THE OFFICES OF THE Mobile (metro) Jail - THEY TOO SHARE A Portion of Responsibility in this CASE.

   BLK/Male: THE TRANSPORTATION OFFICER - ON - 10-31-013
2. Defendant (full name) from mob. Co. to Limeston Co is employed as Transportation OFFICER.

   at the mobile Co. metro Jail.

   His/her present address is 405 St Emanuel St mob. Al. 36603

   (a) Claim against this defendant: UNLAWFUL - Imprisonment é Reckless INDANGERMENT OF INNOCENT LIFE of Raymond Jean Harrison sr.

   (b) Supporting facts (Include date/location of incident):

   On 10-31-013 @ 11:00am I was unlawfully Restrain - Imprisoned - é Transported from Limestone Co. Jail - 11½ hours without Food - or WATER TO THE MOBILE METRO JAIL. Hand cuffed é leg Iron - but in no SEAT-BELT!

   BLK: Female: TRANSportation Officer                TRANSPORTATION
3. Defendant (full name) On - 10-30-013 From Limestone Co. to mobile Co. is employed as OFFICE.

   at The Mobile Co. metro Jail. - .

5

His/her present address is 405 S<u>t</u> Emanuel S<u>t</u> mob. Ala. 36603

(a) Claim against this defendant: Unlawful-Imprisonment & Reckless Indangerment of THE INNOCENT LIFE OF RAymond Jean. Harrison sr.

(b) Supporting facts (Include date/location of incident):

On 10-31-013 - I was unlawfully Restrain & Imprisoned & Transported from Limestone Co. Jail - Hand Cuffed & Leg Iron - But In no seat Belts 11½ hour - without Food-or WATER.

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Recieving STOLEN Property I.

2. When were you convicted? awaiting outcome

3. What is the term of your sentence? Not sentenced

4. When did you start serving this sentence? Arrested. 11-09-013

5. Do you have any other convictions which form the basis of a future sentence?
   Yes (✓)    No ( )

If so, complete the following:

(a) Date of conviction: Possibly in march -014

(b) Term of sentence: Not been Sentenced

6. What is your expected end of sentence (E.O.S.) date? hopfully soon.

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes(✓) no( ) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |

Invalidated     yes( ) no(✓)            yes( ) no(✓)
Writ of habeas  yes( ) no(✓)            yes( ) no(✓)
 corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: I answered yes to #1 because I've not been to Court yet! However Had this unjust never happened I would NOT be facing this Charge of Recieving Stolen Property I... because I would have been on The Keystone pipeline in Spoken-Washington. Not in Brewton Al.- E- Hired a ride in a already stolen VEHICLE!

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): I Suffered a tremendous Lost Behind THAT FAX to Limestone Corr Inst. From mobile Sheriff Dept. I'm asking THIS Court To allow me to be Compensated in the amount of $250,000.00 for the Suffering These LOST & DAMAGES!

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

2-20-014
Date

*Raymond Harrison Sr.*
(Signature of Plaintiff Under Penalty of Perjury)

316 CourT St Brewton Al.
Current Mailing Address

36426
Brothers ph # 251-604-2401
Fiancee  "   " 251-867-6198
Brother  "   " 251-456-8146
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

The mobile Co metro Jail Personell.. (FAxed A "HOLD" on me & Ordered that I be released to Limestone Co Jail personell. & to be Detain there until - Released to mobile Co Sheriff Dept. On 10-31-013 = Despite my desperate plea to present official paper work (Time Sheets) that showed where before 6-012 This case was in fact (active) - but - since 6-12 the case had been Dismissed - Closed - No longer Interested and and officially DROPPED PLUS - IN addition to the time sheets.. I presented the Original "COURT REMINDER SLIP." From my Preliminary Hearing in Honorable Judge HARDINS Courtroom 6-011 - where although The Judge sent the Case on to the Grand Jury - He also allowed me to Sign my own - $2,000.00 O/R Bond - which I signed on my departure Date 8-011 From the mobile metro Jail - to - Kilby Corr. Inst.. (Implying) to the Transportation officers from the mobile Co Sheriff Dept. that unless they have actual Paper work showing where the Judge Had revoked that Bond - then - If not by the Proof from the "Time sheets" the Case is no longer Active - then - certainly this official Court Doccument were enough to, if nothing else then @ the very least, Stop - Consider - & call back to Their Commanders and explain that this could very well be an oversight and a very Damaging & costly dissater.. "Never the less" - Despite me pleading & presenting these Legal & helpful Doccuments to prevent this from happening - TO NO Prevail. Instead I'm Hand Cuffed - LEG IRON - Full Body Restrained.. Placed in a Divided VAN (DOG CAGE STYLE) 2 feet wide by 7 feet in Length.. Advised the Transportation officers (BOTH) MALE & Female officers "I am A TYPE II DIABETIC..

would you Please @ least get a few Snacks to help ~~me~~ regulated my "Blood Suga level." His Reply "Quote" It's 11:00am yall just had lunch.. man get in the van "unquote". On 10-31-013 From 11:00am until 10:30pm making stops @ West Jefferson Inst. - St Clair Inst. Tutwilder Inst & Talledega Co. Jail.. - watch as both Transportation officers stop & enjoy their Lunch/Dinner break in a K.F.C parking lot before heading on down South - we were given NO-FOOD - NO-WATER - only given a Plastic Gallon milk Contain (empty) to unrinate in, and ride with.. "Blessed & Fortunate enough ~~for~~ -the young man picked up @ West Jefferson Inst had a Pack of CANDY & Shared ~~with~~ enough to keep my B.S.L regulated...
* On 10-31-013 @ 10:30pm we arrived @ Mobile Metro Jail.. Booked & medical Screen... The P.m Nurse said that she could not bring Herself to believe that there were NO Provisions made - nor - even taken in considerable enough concern for my Diabetic Situation - but - my Reading Spoke for itself..
* After Being Booked in - I'm threathen to be confined in SEG for refusing to sleep in a 2man Cell, already occupied by 3 men...
* On 11-01-013 -@ 8:30am fortunate enough for me - on my way to morning ~~Chapta~~ Chapel Service I See Chaplin Kenny - briefly explain myself to Him - out of ~~his~~ Disbelief "Quote" come on man - whats really up "unquote".. until He pulls me up on His Computer - immediately everything Changes. - while calling the Shieft Commander Bro Kenny turns His Computer Screen to face me and I see it there a clear as ~~day~~ - "Case# Dismissed - Closed - 6-6-012/ O/R Bond Signed 8-14-011 apparently Bro. Kenny makes Contact because He says "Quote" yall know, yall gott this man wrong don't yah "unquote".. hangs up - tells me to go pack my things they are waiting for you to be released * On 11-01-013 @ 8:41am

I'm told to leave." The metro Jail is not responsible for getting you back to Limestone Co —or— to Brimingham"... Bro Kenny call the Village Halfway House to let the Program Director Know why I was delaid.. and was told to relay to me to come on — but the original plan with Dun Const. Co had to be filled but we would @ try to find something else.. On 11-01-013 @ 9:00 am Capt Felicia Prince & Lt. Henerson (Both Female).. called to the Side and told me they were Christian and that God put it on their hearts to put themselves in my Shoes, and by doing so, they'd decided to purchase me a Bus ticket back to Birmingham AL. Of the which once I arrived @ 10:30pm On 11-01-013 I was informed that I had to be "bumped" from the Keystone Pipe line Job because @ There is no make up -or- Second Orientation.. "Sorry" "for your wasted misfortune".. * The damage & lost @ the Hand of the Mobile Co. Sheriff Dept, & mobile Co. Metro Jails personell, (NEGLIGENCE).. is extreemly too much to simply walk away from.. These Negligence, has literally changed the course of my Life. * The Humiliation I suffered at the HANDS of "Transportation Officers" / & [The P.M. Shieff On @ 10-31-013..] @ The mobile metro Jail.. (PLUS) the recklessness indangerment of my Life, ["INNOCENT LIFE"]... & Safety.. is far beyond the capability to put into word,, especially considering the Risky & High Percentage Probability of being in, -or- Causing a Auto Accident! * On 11-01-013 @ 10:30pm, 16 hours late for the opportunity of Life time, and to take full advantage of every Resource that had became available to me, for Completing this very intense & Costly 6 months program..

I was forced to accept (helplessly) Defeat & lost, being told by Program Direct @ THE Village-HALF-WAY House (Birmingham Ala.) THAT THE LAST Dominoe to fall in this DISSATER would be," NO, I'm not going to Spoken WASH.,; NO,; Theres no local openings @ Dun Const. Co. in the Birmingham area, - and yes! It was, @ that time of year - LATE Fall - entering - a Hard Freze WINTER APPORCHING." this is off season for employment in your field of work." and the Cost to stay @ the Village would still be $160.00 per wk. I was forced to leave, to avoid acumilating a new Dept @ the Village (Rent Rearage). In CLOSING.. I was advised by Dunn Const. Co. Repersenter & Justice ministry Personell of Birmingham ms. Donna Singlton" this Job worked, 7 days a week, 12 hours a day /EARN upward of $1,150.00 wkly.. & that I was Hired and instructed to up my end of the Deal! and this Job would last 2 years minimum.. The 10. week O.S.H.A safety course - R.T.W (Ready TO WORK)..and The GO BUILD ALA courses were $5,600 (all total) What a absolute WASTE! There fore I'm seeking Compensation For these Negligence and lost.. in the amount of $250,000.00... Because the Mobile Co. Sheriff Dept & mobile Co. metro Jail personell.. would be NO LESS-OR-MORE WRONG, and HELD ACCOUNTABLE FOR THEIR ACTION" IF "Literally". They came to you, as you read this letter,,, HAND CUFF & LEG IRON (fully Restrain YOU) Put you in a DOG CAGE TYPE VAN - Transport you Accross the STATE - without FOOD nor - WATER.. Give you a Plastic Gallon milk container to urinate in and ride with for 11½ hours, Dropp you off @ Limestone Co Jail.. Detain you in over-crouded Conditions for over night, Feed you breakfast, and tell you " You can leave Now"... (on your own, @ your own exspense). Theres simply too many prevention Networks set in place, to never had allowed this to happen!

Raymond. Harrison 2-20-014

Raymond. Harrison #186090
316 Court St
Brewton Al.
36426



FOREVER USA

Bank Swallow

INMATE MAIL

Charles R. Diard Jr.
Official Business of THE
United States District Court
Southern District of
Alabama, CLERK
113 St Joseph St mobile Al.
36602