IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND HARRISON, AIS #186090** : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 14-00085-KD-C |
| : | |
| **NOAH PRICE OLIVER,** *et al.*, : | |
|     Defendants. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made,[1] the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 10, 2015, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Defendants Noah Price Oliver, Sam Cochran, Mobile County Sheriff's Department, Mobile County Metro Jail Personnel, and the two Transportation Officers' motion for summary judgment is **GRANTED** such that this action is **DISMISSED with prejudice** in its entirety for failure to state a valid Section 1983 claim.

    **DONE** and **ORDERED** this the **26**[th] day of **February 2015.**

                                           /s/ Kristi K. DuBose
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**

---

[1] Harrison timely filed his Objections (Doc. 36), and thus, his motion for an extension of time (Doc. 37) is **MOOT**.